IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DEL MONTE FRESH PRODUCE N.A., INC., *et al*, | )<br>)<br>) |
| Plaintiffs, | )<br>) CASE NO.: 4:20-cv-171 |
| v. | )<br>) |
| CHAMPIONS PRODUCE, LLC, *et al*, | )<br>) |
| Defendants. | ) |

## **PLAINTIFF DEL MONTE FRESH PRODUCE N.A., INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Del Monte Fresh Produce N.A., Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party which are publicly held:

**Plaintiff Del Monte Fresh Produce N.A., Inc. is a wholly owned subsidiary of Fresh Del Monte Produce, Inc., which is publicly traded on the New York Stock Exchange under the ticker symbol "FDP."**

Dated: January 16, 2020

Respectfully submitted,

*s/ Mark A. Amendola*
MARK A. AMENDOLA
  OH Bar ID No.: 0042645
  Admitted To S.D. Texas
  S.D. Tx. Bar ID No.:34603
MARTYN AND ASSOCIATES
820 W. Superior Avenue, Tenth Floor
Cleveland, Ohio 44113
Telephone: (216) 861-4700
Facsimile: (216) 861-4703
Email: mamendola@martynlawfirm.com

## **CERTIFICATE OF SERVICE**

A copy of the foregoing Plaintiff's Corporate Disclosure Statement was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system on this 16th day of January, 2020 with an additional copy to be served via process server along with the Summons and Complaint:

CHAMPIONS PRODUCE, LLC
c/o Michael A. Petro, Statutory Agent
5710 Desert Oak Way
Spring, TX 77379

    and

MICHAEL A. PETRO
5710 Desert Oak Way
Spring, TX 77379

    and

CHRISTOPHER W. PETRO
22 Hollymead Drive
Spring, TX 77381

*s/ Mark A. Amendola*
MARK A. AMENDOLA
Attorney for Plaintiffs